IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-S-02-383 JAM |
| | ) | CR-S-02-384 JAM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MOTION TO DISMISS |
| | ) | |
| KHACHIK SIMONYAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

For the reasons stated in the government's Motion to Dismiss, and for good cause shown,

IT IS HEREBY ORDERED DISMISSING the above-captioned cases.

Date: October 9, 2012            /s/ John A. Mendez
                                 JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE